David F. Taylor, Bar No. 129654
DFTaylor@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Joshua A. Reiten, Bar No. 238985
JReiten@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants Sprint Communications, Inc.
and Sprint Spectrum L.P., dba Sprint PCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SPRINT COMMUNICATIONS, INC., formerly known as SPRINT NEXTEL CORPORATION; SPRINT PCS,<br><br>　　　　　　　Defendants. | Case No. 3:14-cv-00962-CRB<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff United States of America and Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS, by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

　　　WHEREAS, the Court issued an Order Setting Case Management Conference, Dkt. No. 8, that set a Case Management Conference for Friday, April 4, 2014 at 8:30 a.m.;

-1-

1  WHEREAS, the Order Setting Case Management Conference provides that "[i]f the
2  conference is inconveniently scheduled, it may be rescheduled by stipulation and order to another
3  date or time convenient to the Court's calendar;"
4  WHEREAS, the parties wish to reschedule the Case Management Conference from
5  April 4, 2014 to April 25, 2014;
6  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel on behalf of
7  the parties identified below that the Case Management Conference previously scheduled for
8  April 4, 2014 shall be rescheduled for April 25, 2014, at 8:30 a.m.

DATED:  March 21, 2014                **PERKINS COIE LLP**

By: /s/ David F. Taylor
David F. Taylor

Attorneys for Defendants Sprint
Communications, Inc. and Sprint Spectrum
L.P., dba Sprint PCS

DATED:  March 21, 2014                **MELINDA HAAG**
United States Attorney

By: /s/ Steven Saltiel
Steven Saltiel
Assistant United States Attorney

**ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.**

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

DATED:  March 21, 2014                **PERKINS COIE LLP**

By: /s/ David F. Taylor
David F. Taylor

-2-

**ORDER**

Pursuant to the parties' stipulation set forth above, the Case Management Conference previously scheduled for April 4, 2014 shall be rescheduled for Friday, April 25, 2014, at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

DATED: March 24, 2014

_____
Hon. Charles R. Breyer
United States District Judge



-3-