1  David F. Taylor, Bar No. 25689
   DFTaylor@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Joshua A. Reiten, Bar No. 238985
   JReiten@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
8  Facsimile: 415.344.7050

9  Attorneys for Defendants Sprint Communications,
   Inc. and Sprint Spectrum L.P., dba Sprint PCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>SPRINT COMMUNICATIONS, INC., formerly known as SPRINT NEXTEL CORPORATION; SPRINT PCS,<br><br>    Defendants. | Case No. 3:14-cv-00962-CRB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION TO DISMISS, AND CONTINUING AND STAYING OTHER DATES** |

  Plaintiff United States of America and Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS, by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

  WHEREAS, the Court issued an Order Setting Case Management Conference, Dkt. No. 8, that set a Case Management Conference for Friday, April 4, 2014 at 8:30 a.m.;

  WHEREAS, on March 26, 2014, the Court entered the Stipulation and Order rescheduling the Case Management Conference for April 25, 2014, at 8:30 a.m.  Dkt. No. 13;

-1-

WHEREAS, on March 31, 2014, counsel for the Plaintiff and the Defendants met and conferred concerning the rescheduled Case Management Conference and a Joint Case Management Statement;

WHEREAS, pursuant to Fed. R. Civ. P. 4(d)(3), Defendants must respond to the Complaint by May 9, 2014;

WHEREAS, counsel for the Defendants advised counsel for the Plaintiff that Defendants anticipate filing a motion to dismiss on May 9, 2014;

WHEREAS, counsel for the Plaintiff and the Defendants have agreed to a briefing and hearing schedule for the motion to dismiss as set forth below;

WHEREAS, counsel for the Plaintiff and the Defendants agree that it would serve the interests of judicial economy and efficiency, as well as the convenience of the parties, to continue the Case Management Conference, continue other dates, and stay disclosures and discovery until after resolution of the motion to dismiss; and

WHEREAS, the parties intend to reserve all claims and defenses;

IT IS HEREBY STIPULATED AND AGREED:

1. Defendants shall file any motion to dismiss on or before May 9, 2014.
2. Plaintiff shall file any opposition to the motion to dismiss by May 30, 2014.
3. Defendants shall file any reply in support of the motion to dismiss by June 13, 2014.
4. Defendants' motion to dismiss shall be heard on July 11, 2014, at 10:00 a.m. in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.
5. The Case Management Conference previously scheduled for April 25, 2014, at 8:30 a.m., and the requirements to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a joint case management statement not less than seven (7) days in advance of the conference.  The Case Management Conference continued to August 1, 2014 at 8:30 a.m.

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

59113-0074/LEGAL120409511.1

6. Discovery pursuant to Fed. R. Civ. P. 26–37 is stayed until further order of the Court.

DATED: April 3, 2014					**PERKINS COIE LLP**

By: /s/ David F. Taylor
David F. Taylor

Attorneys for Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS

DATED: April 3, 2014					**MELINDA HAAG**
United States Attorney

By: /s/ Steven Saltiel
Steven Saltiel
Assistant United States Attorney

### ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

DATED: April 3, 2014					**PERKINS COIE LLP**

By: /s/ David F. Taylor
David F. Taylor

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

59113-0074/LEGAL120409511.1

1
2
**ORDER**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4       DATED: April 14, 2014

5       _____
6       Hon. Charles R. Breyer
        United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
59113-0074/LEGAL120409511.1