1  David F. Taylor, Bar No. 25689
   DFTaylor@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone:  206.359.8000
4  Facsimile:  206.359.9000

5  Joshua A. Reiten, Bar No. 238985
   JReiten@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
8  Facsimile: 415.344.7050

9  Attorneys for Defendants Sprint Communications,
   Inc. and Sprint Spectrum L.P., dba Sprint PCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:14-cv-00962-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SPRINT COMMUNICATIONS, INC., formerly known as SPRINT NEXTEL CORPORATION; SPRINT PCS, | |
| Defendants. | |

Plaintiff United States of America and Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS, by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, the Court issued an Order Setting Case Management Conference, Dkt. No. 20, which set a Case Management Conference for Friday, August 1, 2014 at 8:30 a.m.;

WHEREAS, due to a scheduling conflict for Defendants' counsel, the parties wish to reschedule the Case Management Conference from August 1, 2014 to August 8, 2014;

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
59113-0074/LEGAL120580323.1

IT IS HEREBY STIPULATED AND AGREED:

1. The Case Management Conference previously scheduled for August 1, 2014 is continued to August 8, 2014 at 8:30 a.m.  The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a joint case management statement not less than seven (7) days in advance of the conference.

DATED:  April 23, 2014         **PERKINS COIE LLP**

By:  /s/ David F. Taylor
David F. Taylor

**WILLIAMS & CONNOLLY LLP**

By:  /s/ Edward C. Barnidge
Edward C. Barnidge (*pro hac vice*)
725 12th St. NW
Washington, DC  20005
Telephone:  (202) 434-5340
Facsimile:  (202) 434-5029

Attorneys for Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS

DATED: April 23, 2014         **MELINDA HAAG**
United States Attorney

By:  /s/ Steven Saltiel
Steven Saltiel
Assistant United States Attorney

**ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.**

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

DATED:  April 23, 2014         **PERKINS COIE LLP**

By:  /s/ David F. Taylor
David F. Taylor

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

59113-0074/LEGAL120580323.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 24, 2014

_____
Hon. Charles R. Breyer
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

59113-0074/LEGAL120580323.1