David F. Taylor, Bar No. 129654
DFTaylor@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants Sprint Communications, Inc.
and Sprint Spectrum L.P., dba Sprint PCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SPRINT COMMUNICATIONS, INC., formerly known as SPRINT NEXTEL CORPORATION; SPRINT PCS,<br><br>             Defendants. | Case No. 3:14-cv-00962-CRB<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>United States of America v. Sprint Communications, Inc. |

Plaintiff United States of America and Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS, by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, at an August 8, 2014 Case Management Conference, the Court set a further Case Management Conference for Friday, December 12, 2014 at 8:30 a.m., *see* Dkt. No. 36;

WHEREAS, the Court has referred this matter to Magistrate Judge Jacqueline Scott Corley for a settlement conference, *see* Dkt. No. 37;

WHEREAS, Magistrate Judge Corley has set a settlement conference on January 7, 2015;

WHEREAS, the parties have agreed that, in the interests of judicial economy, the Case Management Conference should be continued to a date after the settlement conference;

-1-
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

LEGAL124336103.1

1  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel on behalf of
2  the parties identified below that the Case Management Conference previously scheduled for
3  December 12, 2014 shall be rescheduled to January 23, 2015, at 8:30 a.m.

4  DATED:  November 26, 2014                    **PERKINS COIE LLP**

5                                                By: /s/ David F. Taylor
6                                                David F. Taylor

7                                                **WILLIAMS & CONNOLLY LLP**

8                                                By: /s/ Edward C. Barnidge
9                                                Edward C. Barnidge (pro hac vice)

10                                               Attorneys for Defendants Sprint
                                                 Communications, Inc. and
11                                               Sprint Spectrum L.P., dba Sprint PCS

12  DATED:  November 26, 2014                   **MELINDA HAAG**
                                                United States Attorney
13

14                                               By: /s/ Steven Saltiel
                                                 Steven Saltiel
15                                               Assistant United States Attorney

16

17
               **ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.**
18
   I have the authorization of all counsel identified herein to submit this Stipulation and
19
   [Proposed] Order.
20

21  DATED:  November 26, 2014                   **PERKINS COIE LLP**

22                                               By: /s/ David F. Taylor
                                                 David F. Taylor
23

24

25

26

27

28
-2-
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

LEGAL124336103.1

Case 3:14-cv-00962-CRB   Document 59   Filed 12/01/14   Page 3 of 3

# ORDER

Pursuant to the parties' stipulation set forth above, the Case Management Conference previously scheduled for December 12, 2014 is hereby rescheduled to Friday, January 23, 2015, at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

DATED:  December 1, 2014



Hon. Charles R. Breyer
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

LEGAL124336103.1