1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN 152348)
3  Chief, Civil Division

4  STEVEN J. SALTIEL (CSBN 202292)
   KIMBERLY FRIDAY (MABN 660544)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6996
        FAX: (415) 436-6748
8       steven.saltiel@usdoj.gov

9  Attorneys for Plaintiff

10 David F. Taylor, Bar No. 25689
   DFTaylor@perkinscoie.com
11 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
12 Seattle, WA  98101-3099
   Telephone:  206.359.8000
13 Facsimile:  206.359.9000

14 Attorneys for Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18
   UNITED STATES OF AMERICA,          )  Case No. C 14-00962 CRB
19                                    )
          Plaintiff,                   )  **STIPULATION CONTINUING CASE**
20                                    )  **MANAGEMENT CONFERENCE;**
      v.                              )  **ORDER**
21                                    )
   SPRINT COMMUNICATIONS, INC.,       )
22 formerly known as SPRINT NEXTEL    )
   CORPORATION; SPRINT PCS,           )
23                                    )
                                      )
24        Defendants.                 )
                                      )
25 

26     Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, hereby stipulate as

27 follows:

28 JOINT CASE MANAGEMENT STATEMENT
   CASE NO. C 14-00962 CRB
                                           2

On August 8, 2014, the Court referred this action to Magistrate Judge Jacqueline Scott Corley for Settlement Conference (Docket # 36).  A Settlement Conference was held before Judge Corley on January 7, 2015, with telephonic discussions thereafter.  On January 12, 2015, the Court rescheduled the Further Case Management Conference for March 6, 2015 (Docket # 64).  The parties respectfully request that the Further Case Management Conference be continued from March 6, 2015 to March 20, 2015, so that the parties can continue the settlement discussions facilitated by Judge Corley.

DATED: February 27, 2015                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            */s/ Steven J. Saltiel*
                                            STEVEN J. SALTIEL
                                            Assistant United States Attorney

DATED: Feburary 27, 2015                    PERKINS COIE, LLP

                                            */s/ David F. Taylor*
                                            DAVID F. TAYLOR
                                            Attorneys for Defendants

**ORDER**

The Further Case Management Conference in the above-captioned action is hereby continued from March 6, 2015 to March 20, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Octej "4."4237                              _____
                                            HON. CHARLES R. BREYER
                                            United States District Judge



JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 14-00962 CRB

3