1 | MELINDA HAAG (CSBN 132612)
United States Attorney

2

ALEX G. TSE (CSBN 152348)
3 | Chief, Civil Division

4 | STEVEN J. SALTIEL (CSBN 202292)
KIMBERLY FRIDAY (MABN 660544)
5 | Assistant United States Attorneys

6 |      450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7 |      Telephone: (415) 436-6996
         FAX: (415) 436-6748
8 |      steven.saltiel@usdoj.gov

9 | Attorneys for Plaintiff

10 | David F. Taylor, Bar No. 25689
DFTaylor@perkinscoie.com
11 | PERKINS COIE LLP
1201 Third Avenue, Suite 4900
12 | Seattle, WA  98101-3099
Telephone:  206.359.8000
13 | Facsimile:  206.359.9000

14 | Attorneys for Defendants Sprint Communications, Inc. and Sprint Spectrum L.P., dba Sprint PCS

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. C 14-00962 CRB |
| Plaintiff, | ) |
| v. | ) **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER** |
| SPRINT COMMUNICATIONS, INC., formerly known as SPRINT NEXTEL CORPORATION; SPRINT PCS, | ) |
| Defendants. | ) |

26 |         Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, hereby stipulate as

27 | follows:

28 | JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 14-00962 CRB

On August 8, 2014, the Court referred this action to Magistrate Judge Jacqueline Scott Corley for Settlement Conference (Docket # 36). A Settlement Conference was held before Judge Corley on January 7, 2015, with telephonic discussions thereafter. On January 12, 2015, the Court rescheduled the Further Case Management Conference for March 6, 2015 (Docket # 64). On March 3, 2015, the Court granted the parties' stipulated request to continue the Further Case Management Conference to March 20, 2015. The parties respectfully request that the Further Case Management Conference be continued from March 20, 2015 to April 17, 2015, so that the parties can continue the settlement discussions facilitated by Judge Corley.

DATED: March 13, 2015   Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Steven J. Saltiel*
STEVEN J. SALTIEL
Assistant United States Attorney

DATED: March 13, 2015   PERKINS COIE, LLP

*/s/ David F. Taylor*
DAVID F. TAYLOR
Attorneys for Defendants

**ORDER**

The Further Case Management Conference in the above-captioned action is hereby continued from March 20, 2015 to April 17, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March 16, 2015   HON. CHARLES R. BREYER
United States District Judge



JOINT CASE MANAGEMENT STATEMENT
CASE NO. C 14-00962 CRB

3